# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ANTHONY VIOLA,

    Plaintiff,

vs.

Case No. 2:21-cv-3088

Chief Judge Algenon L. Marbley

Magistrate Judge Elizabeth P. Deavers

DAVE YOST, *et al.*,

    Defendants.

## ORDER

Defendant Daniel Kasaris, an attorney licensed to practice law in the State of Ohio and the Northern District of Ohio and appearing here *pro se*, has filed a motion requesting leave to file pleadings in this matter electronically through his Pacer account. For good cause shown, Defendant's motion (ECF No. 9) is **GRANTED.**

    **IT IS SO ORDERED.**

DATED: July 9, 2021

/s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**