**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 JAN 10 PM 2:38

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| ANTHONY VIOLA, | ) CASE NO. 2:21-cv-3088 |
| | ) |
| Plaintiff | ) Judge Marbley |
| | ) |
| | ) Magistrate Judge Deavers |
| -vs.- | ) |
| | ) Motion to Intervene |
| OHIO ATTORNEY GENERAL | ) Fed. R. Civ. P. 24(b) |
| DAVE YOST, et. al., | ) |
| | ) |
| Defendants | ) |
| | ) |

Now comes nonparty Kelly Patrick, respectfully submitting this Motion to Intervene for the limited purpose of addressing this Court for three (3) minutes on Friday, January 28, 2022.

**BACKGROUND**

InsideTheMind.net is a true crime website operated by the Proposed Intervenor, whose former husband, John Patrick is the brother of Senior Assistant Ohio Attorney General Daniel Kasaris. Over the past decade and a half, the proposed intervenor has amassed significant evidence that documents criminal activities by John Patrick and Daniel Kasaris. Moreover, the wife of Daniel Kasaris, Susan Kasaris, discovered Dan Kasaris was having a romantic relationship with government witness Kathryn Clover, and threw Daniel Kasaris out of the family home on Beckenham – then discussed the affair, Daniel Kasaris' sex and alcohol addiction and other misdeeds in a series of Facebook posts over the course of a year, **Exhibit A**.

InsideTheMnd.net began exposing misconduct by Patrick and Kasaris, including

- A cover up of John Patrick's domestic abuse and drug growing operation by the City of North Olmsted

- The creation of Special Needs Trusts on behalf of one of many Daniel Kasaris paramours, Kelly Connors, who cannot spend any money without approval of Daniel Kasaris,

- Other wrongdoing by John Patrick and Daniel Kasaris was exposed on the InsideTheMind.net website, while public records requests and interactions with a private investigator further assisted the Proposed Intervenor develop a series of blogs on her website.

Like the Plaintiff in the instant matter, the Proposed Intervenor was also threatened with prosecution for posting blogs and making public key documents. The Proposed Intervenor was also threatened with prosecution if she continued making public records requests or otherwise interacted with governmental officials, **Exhibit B**  Like the Plaintiff, the undersigned asked Defendant Daniel Kasaris and Defendant Damian Billak to identify under what authority they were operating under, and to pinpoint specific statements on the InsideTheMind.Net website that were inaccurate or false.  No reply has been forthcoming, promoting a First Amendment suit in the Northern District of Ohio, Patrick v. Kasaris et. al., (1:21-cv-01155), Ohio Northern District Court.

## ARGUMENT

The Proposed Intervenor has a protected legal interest in the outcome of these proceedings, and the request to address the Court will provide additional information this Court may wish to consider as it adjudicates this matter.

## I.      Applicable Law of Intervention

Intervenor petitions the Court for permissive intervention pursuant to Fed. R. Civ. P. 24(b). Pursuant to Purnell v. Akron, 925 F.2d 941, 950 (6th Cir. 1991) (citing NAACP v. New York, 413 U.S. 345, 365–66 (1973)), when considering permissive intervention, the Court should consider whether "the intervention will unduly delay or prejudice the adjudication of the rights of the original parties." Id. at 951. For the reasons that follow, the Court should grant Intervenor's permissive intervention in this case.

## II. The Motion to Intervene Is Timely

This action has not progressed beyond the pleading stage and discovery has not commenced. Accordingly, the proposed intervention is timely, and will not prejudice any party, United States v. Tennessee, 260 F.3d 587, 592 (6th Cir. 2001) (quoting Jansen v. City of Cincinnati, 904 F.2d 336, 340 (6th Cir. 1990)).

## III. The Intervenors Meet The Requirement Of Permissive Intervention To Show At Least One Common Question of Law or Fact With The Existing Defendants

The Court should permit the Intervenor Applicants to intervene permissively pursuant to Fed. R. Civ. P. 24(b). Here, the Intervenor "alleges at least one common question of law or fact." United States v. Michigan, 424 F.3d 438, 445 (6th Cir. 2005) (citing Michigan State AFLCIO v. Miller, 103 F.3d 1240, 1248 (6th Cir. 1997)), and thus should be permitted to intervene.

The Plaintiff in this case argue that his First Amendment rights are being chilled, and the Proposed Intervenor has a similar claim, and her claims result from similar threats of prosecution by the same defendants.

## IV. The Intervenor's Ability To Protect Their Interest May Be Impaired In The Absence of Intervention

The proposed intervenor's legal position in a similar case would be bolstered if this Court finds that the Defendants violated the Plaintiff's First Amendment rights. Likewise, any finding adverse to the Plaintiff would impact claims made by the Proposed Intervenor. "To satisfy this element of the intervention test, a would-be intervenor must show only that impairment of its substantial legal interest is possible if intervention is denied. This burden is minimal." Grutter v. Bollinger, 188 F.3d 394, 399 (6th Cir. 1999)

**V.  This Court May Benefit from Hearing from the Proposed Intervenor**

Because the hearing on January 28th is before the Court, and not a jury, there is no risk of any prejudice to any party to the claim.  In fact, this Court may wish to consider a brief statement from the undersigned, which would provide insight into the actions of the Defendants in this matter.

## CONCLUSION

For the foregoing reasons, the Court should grant the Intervenor Applicants' Motion to Intervene, as permissive intervenors, for the limited purpose of addressing this Court for three (3) minutes on January 28, 2022.

Respectfully Submitted,

Kelly Patrick
8883 Holly Lane
Olmsted Falls, Ohio 44138
(440) 503-4592
truecrimewriter3@gmail.com
January 7, 2022

## CERTIFICATE OF SERVICE

I, Kelly Patrick, hereby swear and affirm that I caused a copy of the foregoing Motion to Intervene to be served upon the following individuals, via email and regular U.S. mail, postage prepaid, on this 7th day of January, 2022:

DAVID COMSTOCK,
Counsel for DAMIAN A. BILLAK
3701B Boardman-Canfield Road
Suite 101
Canfield, Ohio 44406-1584


DANIEL KASARIS
11984 Beckenham Road
North Royalton, Ohio 44133
DanielJKasaris@Yahoo.com

JULIE PFEIFFER
Counsel for Ohio Attorney General
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Julie.Pfeiffer@OhioAGO.gov

Anthony Viola
2820 Mayfield Road # 205
Cleveland Heights, Ohio 44118
(330) 998-3290
MrTonyViola@icloud.com


Respectfully Submitted,

*Kelly Patrick*

Kelly Patrick

Exhibit A

Kelly    Home

**Susan Kasaris**

Probably

Oct 7, 2016, 12:00 PM

**Kelly Patrick**

I think they're both enabling each other.

Oct 7, 2016, 12:00 PM

**Susan Kasaris**

Please don't repeat this

Oct 7, 2016, 12:00 PM

**Susan Kasaris**

I think we are better together then apart

Oct 7, 2016, 11:59 AM

**Susan Kasaris**

Idk what is wrong with him. He keeps texting. He wants me in his life but doesn't live here.

Oct 7, 2016, 11:59 AM

**Kelly Patrick**

Yep. Are you and Dan done for good?

Oct 7, 2016, 11:57 AM

**Susan Kasaris**

I know you tried. That is ALL you can do.

Oct 7, 2016, 11:57 AM

**Kelly Patrick**

I tried. I really did. He's on his own path that doesn't include me.

Oct 7, 2016, 11:55 AM

 Kelly   Home

them together they can drink and bash women and pretend they're happy. I know you've been married a long time but the things they've said about me and you....they don't deserve us.

Oct 7, 2016, 12:07 PM

**Susan Kasaris**

I wanted to get info on your yoga class. I think it would help me. If you feel that would be awkward....I understand

Oct 7, 2016, 12:05 PM

**Susan Kasaris**

He uses alcohol to suppress his true feelings

Oct 7, 2016, 12:02 PM

**Kelly Patrick**

So is John. They know how to work us

Oct 7, 2016, 12:02 PM

**Susan Kasaris**

He is playing with my emotions

Oct 7, 2016, 12:02 PM

**Kelly Patrick**

He went over one day with Alyssa and passed out at 830. The kids told me when they got back to my house that dan was drunk and fell asleep at 830. John laughed when I told him what the kids said.

Oct 7, 2016, 12:02 PM

**Susan Kasaris**

Oh brother

Oct 7, 2016, 12:01 PM

**Kelly Patrick**

Never. I don't talk to either of them. Dan tried to friend request me one day he was at John's house but I don't need either of them snooping in my life.

**Susan Kasaris**

I leave it in God's hands. I am thankful for my beautiful family and my health.

Oct 7, 2016, 12:16 PM

**Susan Kasaris**

My friend is in the samel boat with her husband.

Oct 7, 2016, 12:15 PM

**Kelly Patrick**

I had to get out. John is falling apart and he doesn't care about anything but his alcohol.

Oct 7, 2016, 12:12 PM

**Kelly Patrick**

They're both messed up.

Oct 7, 2016, 12:12 PM

**Susan Kasaris**

At the same time he texts me about our life together

Oct 7, 2016, 12:09 PM

**Susan Kasaris**

I am sure Dan is bad mouthing me but he doesn't understand that he is nothing without me. I supported him for 29 years....

Oct 7, 2016, 12:09 PM

**Susan Kasaris**

I understand.

Oct 7, 2016, 12:07 PM

**Kelly Patrick**

Kelly     Home

Oct 7, 2016, 12:48 PM

**Susan Kasaris**

*doesn't go directly to the issue

Oct 7, 2016, 12:47 PM

**Susan Kasaris**

She the kind of person who directly to the problem but talk to people around the problem and hope it gets resolved. Unfortunately she should be going directly to John not you she's trying to talk through you....Dan does it all the time.

Oct 7, 2016, 12:47 PM

**Kelly Patrick**

Agreed. However I don't think either of them would listen to Pat. I know John wouldn't. He doesn't talk to her or help her at all. She came up a few weeks ago and we talked for 2 hrs at Brayden's football game. She knows John has issues but she can't say anything. Everyone shunned me when I brought up all this stuff years ago. Julie was the worst.

Oct 7, 2016, 12:36 PM

**Susan Kasaris**

I feel like if Pat would intervene it would help . They never had a strong Father figure.....this is the root of it

Oct 7, 2016, 12:32 PM

**Kelly Patrick**

I tried to help John for too long. Wasted my life away. I have come to terms that it may never work and I deserve much better.

Oct 7, 2016, 12:24 PM

**Susan Kasaris**

If Dan wants to throw his life away then that's his issue. I've done all I can .......it takes two

Oct 7, 2016, 12:21 PM

**Kelly Patrick**

Kelly Home

**Kelly Patrick**

You'd think. But it's easier to hide than face the truth.

Oct 8, 2016, 4:19 PM

**Susan Kasaris**

They are adults

Oct 8, 2016, 4:19 PM

**Susan Kasaris**

They have to face their issues

Oct 8, 2016, 4:19 PM

**Kelly Patrick**

They are all wounded and beaten up. By Jack, Manuel, and Pat. It's sad

Oct 8, 2016, 4:18 PM

**Kelly Patrick**

And I hear Tom's kids are already rebelling and complaining about their dad.

Oct 8, 2016, 4:18 PM

**Susan Kasaris**

Dan bought me flowers the day he left

Oct 8, 2016, 4:17 PM

**Kelly Patrick**

Paul does not have it all. Like John, they act like they do but behind closed doors is a different story.

Oct 8, 2016, 4:17 PM

**Susan Kasaris**

Every one is different. I am totally different then my siblings

Oct 8, 2016, 4:14 PM

Kelly    Home

**Susan Kasaris**

I was a size 8 when I met him. Strange.

Oct 27, 2016, 12:44 PM

**Susan Kasaris**

I am a size 10..... or size 12 my whole life. How funny

Oct 27, 2016, 12:43 PM

**Susan Kasaris**

Yeah. Dan thinks I'm fat. I'm like take a look at all these 50 yr olds .....whatever. lol

Oct 27, 2016, 12:42 PM

**Kelly Patrick**

That made me laugh. They don't talk about this kind of shit. They bash women and fat people whenever I've been around them.

Oct 27, 2016, 12:41 PM

**Susan Kasaris**

Really??? I thought Dan told John. My bad for thinking they actually talked about it...

Oct 27, 2016, 12:40 PM

**Kelly Patrick**

I had no idea. No idea.

Oct 27, 2016, 12:39 PM

**Susan Kasaris**

I was so stressed out...i had 4 babies.......it was crazy

Oct 27, 2016, 12:37 PM

**Susan Kasaris**

She didn't want Dan to go and was trying to get me to sway him

 Kelly     Home

He would tell me I'm needy and insecure if I wanted him to say I love you and that I looked good.

Oct 27, 2016, 12:56 PM

**Susan Kasaris**

You dont deserve that

Oct 27, 2016, 12:56 PM

**Kelly Patrick**

I fell into that trap again this past time I tried with John. He wouldn't tell me I looked good or that he loved me. But he'd want sex.

Oct 27, 2016, 12:54 PM

**Susan Kasaris**

I take care of myself and eat right. That is all I care about

Oct 27, 2016, 12:49 PM

**Susan Kasaris**

Dan wouldn't tell me I'm fat.....but he would infer it

Oct 27, 2016, 12:47 PM

**Susan Kasaris**

OMG! that is insane. I hope you realize it isn't true. Riduculous

Oct 27, 2016, 12:46 PM

**Kelly Patrick**

Oh for sure. John's obsessed with porn. John would tell me all the time how bad I looked and would have to stop eating or start working out more. I have had years of self esteem issues because of all that.

Oct 27, 2016, 12:45 PM

**Susan Kasaris**

They are jaded by the Internet fake women

They play with our emotions!

Nov 28, 2016, 9:54 AM

**Susan Kasaris**

That is good...you were strong!

Nov 28, 2016, 9:53 AM

**Susan Kasaris**

Dan is messed up . He is seeking help and I am happy about that

Nov 28, 2016, 9:53 AM

**Kelly Patrick**

I didn't. I worked all weekend. John invited me over but I said no. It was hard. And I'm in a bad mood today, mad at him.

Nov 28, 2016, 9:50 AM

**Susan Kasaris**

Hello. It was nice. How was urs. Did u have the kids

Nov 28, 2016, 9:42 AM

**Kelly Patrick**

How was your thanksgiving? Dan come around? Anything getting better?

Nov 28, 2016, 9:06 AM

**Kelly Patrick**

I do now. Took me years to figure that out.

Oct 27, 2016, 1:00 PM

**Susan Kasaris**

Kelly, I hope you know that isn't true.

Oct 27, 2016, 12:57 PM

 Kelly     Home

That is crazy. He constantly told me I was a good Mom. Typical stuff that guys say when they have ever an affair. He messed himself up

Nov 28, 2016, 10:37 AM

**Kelly Patrick**

Crazy is what I've always heard. Your family is fucked up they say. He isn't attracted to you, he thinks you're fat and lazy. He thinks you're not a good mom, isn't sexually attracted to you. Had to find another girl to see if the problem was him or you, turns out he said it was you. He is better off without you he would say. Blames you for the girls not wanting to be around him, at the time he left.

Nov 28, 2016, 10:33 AM

**Susan Kasaris**

What does Dan say..I can handle it

Nov 28, 2016, 10:30 AM

**Kelly Patrick**

You're giving me my strength back!! Fuck John and his drama. My life is much much better without him involved.

Nov 28, 2016, 10:29 AM

**Susan Kasaris**

Yes.i agree

Nov 28, 2016, 10:28 AM

**Kelly Patrick**

John says I'm controlling too. And we aren't. It's because they've never had anyone to teach them right and wrong and here we are stable people and they can't handle it. Pat never enforced rules.

Nov 28, 2016, 10:28 AM

**Susan Kasaris**

I'm sure I already know

Nov 28, 2016, 10:28 AM

**Kelly Patrick**

Idk. He is probably ly suppressing his feelings

Nov 28, 2016, 11:07 AM

**Kelly Patrick**

Fucking loser. He's 51 and that's what he aspires to be.

Nov 28, 2016, 11:07 AM

**Susan Kasaris**

That he just wants sex.....no drama

Nov 28, 2016, 11:06 AM

**Kelly Patrick**

What?

Nov 28, 2016, 11:03 AM

**Susan Kasaris**

That is what John told Dan

Nov 28, 2016, 11:03 AM

**Kelly Patrick**

That's what they want. Someone to fuck and not tell them what to do.

Nov 28, 2016, 11:00 AM

**Susan Kasaris**

Again...the media image of women

Nov 28, 2016, 10:59 AM

**Kelly Patrick**

They both did. They'll never find women to tolerate them.

Nov 28, 2016, 10:39 AM

Kelly     Home

Just more bad raising issues

Nov 28, 2016, 11:15 AM

**Susan Kasaris**

Oh brother

Nov 28, 2016, 11:14 AM

**Kelly Patrick**

And of course they blamed you for buying bad food and making them fat.

Nov 28, 2016, 11:14 AM

**Susan Kasaris**

He called demi family to her face on Easter and they got in a big figbt

Nov 28, 2016, 11:14 AM

**Kelly Patrick**

He is fat!!!

Nov 28, 2016, 11:13 AM

**Susan Kasaris**

He has self confidence issues

Nov 28, 2016, 11:13 AM

**Kelly Patrick**

Yep, calls Demi and Melanie fat all the time.

Nov 28, 2016, 11:13 AM

**Susan Kasaris**

He is fat..lol

Nov 28, 2016, 11:13 AM

*he called demi fat to her face

Nov 28, 2016, 11:23 AM

**Kelly Patrick**

John says the same stuff about fat people too. Watching too much porn and playboy.

Nov 28, 2016, 11:22 AM

**Susan Kasaris**

My kids are pissed at him for it

Nov 28, 2016, 11:21 AM

**Susan Kasaris**

Dan makes fun of fat people constantly. It is just wrong

Nov 28, 2016, 11:19 AM

**Susan Kasaris**

He is skewed by the media image of women

Nov 28, 2016, 11:19 AM

**Susan Kasaris**

I do know Dan loves me. He shows ot daily. That said why it is difficult

Nov 28, 2016, 11:18 AM

**Susan Kasaris**

Idk why this happens. It sucks

Nov 28, 2016, 11:18 AM

**Kelly Patrick**

I'm better off without John. I don't really know why this is my life, dealing with him.

Nov 28, 2016, 11:15 AM

Nov 28, 2016, 12:04 PM

**Susan Kasaris**

Idk what I want anymore

Nov 28, 2016, 12:03 PM

**Susan Kasaris**

The affair was him lashing out over his internal issues

Nov 28, 2016, 12:03 PM

**Susan Kasaris**

U dont see what we really have b4 the affair

Nov 28, 2016, 12:02 PM

**Kelly Patrick**

After all this, why do you want him?

Nov 28, 2016, 12:02 PM

**Susan Kasaris**

It is how u feel

Nov 28, 2016, 12:01 PM

**Susan Kasaris**

I dont care if Dan gains 50 lbs
..I told him that ...looks don't matter to me

Nov 28, 2016, 12:01 PM

**Susan Kasaris**

Idk....i just don't get it

Nov 28, 2016, 12:00 PM

**Susan Kasaris**

Kelly    Home

Nov 28, 2016, 12:10 PM

**Susan Kasaris**

He did not go over John's on Thanksgiving

Nov 28, 2016, 12:09 PM

**Kelly Patrick**

So how will he change if he continues to hang out with John and act like assholes?

Nov 28, 2016, 12:08 PM

**Susan Kasaris**

But he texts me

Nov 28, 2016, 12:06 PM

**Susan Kasaris**

He plays the good old boys club with John

Nov 28, 2016, 12:06 PM

**Susan Kasaris**

Becuz he wants our family life and he is embarrassed by his actions

Nov 28, 2016, 12:05 PM

**Kelly Patrick**

He's living a double life. He's one man to John and another one to you. He doesn't want John to know this side of him.

Nov 28, 2016, 12:04 PM

**Kelly Patrick**

John and I once had a good thing too. But it's been more bad years than good.

Nov 28, 2016, 12:04 PM

**Susan Kasaris**

 Kelly    Home

He had a girlfriend then.

Nov 29, 2016, 1:22 PM

**Susan Kasaris**

2010

Nov 29, 2016, 1:21 PM

**Kelly Patrick**

When did he live with John?

Nov 29, 2016, 1:21 PM

**Susan Kasaris**

Well because we were then2

Nov 29, 2016, 1:20 PM

**Kelly Patrick**

You're right. 2014

Nov 29, 2016, 1:20 PM

**Susan Kasaris**

Are you sure Dan said that stuff summer of 2015? Because we were together then things were going good

Nov 29, 2016, 1:19 PM

**Susan Kasaris**

Haha . Agree

Nov 28, 2016, 3:44 PM

**Kelly Patrick**

Good. I appreciate our new friendship. Who would've thought.

Nov 28, 2016, 3:42 PM

When they are together they are ruthless. Just mean men.

Nov 29, 2016, 1:24 PM

**Susan Kasaris**

Once he didn't talk to his friend for 4 urs

Nov 29, 2016, 1:24 PM

**Susan Kasaris**

He talks crap about everyone when he is mad

Nov 29, 2016, 1:24 PM

**Kelly Patrick**

Has he apologized?

Nov 29, 2016, 1:24 PM

**Susan Kasaris**

I guess it really does that matter

Nov 29, 2016, 1:23 PM

**Kelly Patrick**

That's good. It was 2014.

Nov 29, 2016, 1:23 PM

**Susan Kasaris**

That was 2012

Nov 29, 2016, 1:23 PM

**Susan Kasaris**

Because I knew all that stuff. We already talked about all of this is a therapy

Nov 29, 2016, 1:22 PM

I have an appt now. Just on my mind.

Nov 29, 2016, 1:27 PM

**Kelly Patrick**

No, that's when he was over John's when I came to pick kids up.

Nov 29, 2016, 1:27 PM

**Susan Kasaris**

He didn't have a girlfriend in 2014

Nov 29, 2016, 1:26 PM

**Susan Kasaris**

Plus the drinking enhances it

Nov 29, 2016, 1:25 PM

**Susan Kasaris**

All men do!

Nov 29, 2016, 1:25 PM

**Susan Kasaris**

They like to act like children

Nov 29, 2016, 1:25 PM

**Susan Kasaris**

Dan plays into in....he knows it's wrong....he just plays along

Nov 29, 2016, 1:25 PM

**Susan Kasaris**

And his Mom for 2 yrs

Nov 29, 2016, 1:24 PM

Kelly    Home

**Susan Kasaris**

Dan probably thinks he can get some 30 yr old and that will make him happy

Dec 1, 2016, 11:16 AM

**Kelly Patrick**

Yep. Destroying everything in their path to run away.

Dec 1, 2016, 11:10 AM

**Susan Kasaris**

They run away instead of facing

Dec 1, 2016, 11:09 AM

**Kelly Patrick**

Wish they'd realize they have the power to make their life better.

Dec 1, 2016, 11:08 AM

**Susan Kasaris**

Again...lack of father figure

Dec 1, 2016, 11:08 AM

**Susan Kasaris**

Omg.. that's crazy

Dec 1, 2016, 11:07 AM

**Kelly Patrick**

It's too hard for him to tell me something nice. I don't know why. It took me losing my hair for him to tell me he loves me.

Dec 1, 2016, 11:07 AM

**Susan Kasaris**

Kelly   Home

Why do I even bother?

Dec 19, 2016, 2:12 PM

**Susan Kasaris**

Narcissist

Dec 19, 2016, 2:03 PM

**Susan Kasaris**

Yep!

Dec 19, 2016, 2:03 PM

**Kelly Patrick**

I did lots of research over the weekend about dealing with addicts. They manipulate and blame. And are just plain mean.

Dec 19, 2016, 1:59 PM

**Susan Kasaris**

They play games

Dec 19, 2016, 1:52 PM

**Kelly Patrick**

I don't talk to him often, felt the need to reach out this weekend.

Dec 19, 2016, 1:50 PM

**Susan Kasaris**

Sorry I was out to lunch

Dec 19, 2016, 1:41 PM

**Susan Kasaris**

I thought you weren't talking to him

Dec 19, 2016, 1:40 PM

Kelly     Home

0:00 / 0:00

Dec 25, 2016, 9:52 PM

**Susan Kasaris**

you need to move on!

Dec 25, 2016, 9:52 PM

**Susan Kasaris**

wtheck

Dec 25, 2016, 9:52 PM

**Kelly Patrick**

Ours too. He spent so much money on alcohol, cigars, and porn.

Dec 25, 2016, 9:52 PM

**Susan Kasaris**

sorry wrong button

Dec 25, 2016, 9:52 PM

**Susan Kasaris**

You missed a video chat with a contact.

Dec 25, 2016, 9:51 PM

**Susan Kasaris**

that was one 9f our problems

Dec 25, 2016, 9:47 PM

**Susan Kasaris**

dan is bad with it too

Dec 25, 2016, 9:46 PM

I Kelly    Home

I dont get it....he is a finance major!

Dec 25, 2016, 9:46 PM

**Kelly Patrick**

Pat didn't teach them much.

Dec 25, 2016, 9:46 PM

**Kelly Patrick**

He's the worst with money.

Dec 25, 2016, 9:46 PM

**Susan Kasaris**

Pat didn't teach them about finance...but John is a finance major

Dec 25, 2016, 9:45 PM

**Susan Kasaris**

I know

Dec 25, 2016, 9:44 PM

**Kelly Patrick**

John has money but he's also in debt.

Dec 25, 2016, 9:44 PM

**Susan Kasaris**

I know what u mean though.

Dec 25, 2016, 9:42 PM

**Susan Kasaris**

well as u see money isn't everything

Dec 25, 2016, 9:42 PM

 Kelly    Home

They do think it's normal. That's the sad part. John said he wants someone who will fuck him when he wants and who will let him drink and smoke and do his thing. I said no way.

Jan 4, 2017, 3:23 PM

**Susan Kasaris**

They feel that it's normal to have a broken family

Jan 4, 2017, 3:15 PM

**Susan Kasaris**

It's funny because he is so about family and his is broken!

Jan 4, 2017, 3:15 PM

**Susan Kasaris**

I dont know what John is looking for

Jan 4, 2017, 3:13 PM

**Susan Kasaris**

so true!!!

Jan 4, 2017, 3:13 PM

**Kelly Patrick**

I keep reading a quote that says the right people will want you in their lives.

Jan 4, 2017, 3:06 PM

**Susan Kasaris**

I know the feeling...lol

Jan 4, 2017, 3:03 PM

**Kelly Patrick**

They hate John. All my friends hate John. No one wants me with him.

Jan 4, 2017, 3:02 PM

Kelly    Home

Oct 16, 2017, 9:51 AM

**Kelly Patrick**

It's not easy, I give him props for trying. At least he acknowledges it.

Oct 16, 2017, 9:50 AM

**Susan Kasaris**

Dan is trying and I do see results

Oct 16, 2017, 9:49 AM

**Kelly Patrick**

They don't know how to control it and manage it.

Oct 16, 2017, 9:49 AM

**Susan Kasaris**

He went tailgating with his cousins and he did like 10 shots and I was very pissed off at him... it was just ridiculous. He admitted he got carried away

Oct 16, 2017, 9:48 AM

**Kelly Patrick**

Trying is at least a start. John won't even try.

Oct 16, 2017, 9:48 AM

**Susan Kasaris**

Dans drinking bothers me. He didnt drink at all this weekend. He is trying and thats is why i am trying

Oct 16, 2017, 9:48 AM

**Susan Kasaris**

Omg

Oct 16, 2017, 9:47 AM

 Kelly    Home

He refuses to believe it. He put a tv in the kitchen and he sits at the table watching the news drinking his beer, just like Manuel did.

Oct 16, 2017, 9:46 AM

**Susan Kasaris**

Dan throws fits at times. Childish fits. It is weird. He told me he is working on it

Oct 16, 2017, 9:46 AM

**Susan Kasaris**

What did he say

Oct 16, 2017, 9:45 AM

**Kelly Patrick**

We don't have parent teacher conferences. He acts just like Manuel. I've told him that many times.

Oct 16, 2017, 9:42 AM

**Susan Kasaris**

- it seems like a lot of this Behavior they got from Manuel

Oct 16, 2017, 9:18 AM

**Susan Kasaris**

Does he go to any parent-teacher visits

Oct 16, 2017, 9:17 AM

**Kelly Patrick**

Brayden was in a fetal position and John was standing over him screaming.

Oct 16, 2017, 9:17 AM

**Kelly Patrick**

It's the smoking, the drinking, and his negative behavior.

Oct 16, 2017, 9:17 AM

# DAMIAN A. BILLAK
ATTORNEY AT LAW

23 Lisbon Street, Suite K
Canfield, OH  44406
Office:  330-702-2000
Fax:  330-702-2970

May 20, 2021

*VIA U.S. MAIL*

Kelly Patrick
c/o Circle of Life Yoga
26914 Cook Road
Olmsted Falls, OH  44138

Kelly Patrick
8883 Holly Lane
Olmsted Falls, OH  44138

Ms. Patrick,

I am writing on behalf of my client, Daniel Kasaris, in regards to false, libelous, and defamatory statements that you continually send via U.S. Mail and electronically to members of the community and Mr. Kasaris' family.  The time has come to stop this behavior immediately.

This letter is to serve as notice to immediately cease and desist communicating, whether via U.S. Mail, email, verbally, electronically, any blog posts, or any other means by false statements about Dan Kasaris, and immediately take down any of the aforementioned.

I have reviewed in their entirety numerous internet postings, emails, and written materials in which you falsely alleged misconduct and unlawful conduct by Dan Kasaris.  Nothing could be further from the truth than your false accusations.

Again, this letter is to serve as notice to immediately cease and desist communicating false, harassing, and/or defamatory, or disingenuous statements in any form about Mr. Kasaris, his family members, friends, co-workers, and members of the community.

To reiterate, this letter serves to give notice to cease and desist communicating false information about Dan Kasaris to his family, co-workers, community members, courts, or anyone else.

BILLAK LAW          **Email:  dbillak@billaklaw.com**          **Website: www.billaklaw.com**

Exhibit B

Kelly Patrick
May 20, 2021
Page 2

If you continue your unlawful behavior, you risk being subject to further legal action and proceedings. To be more specific, among other crimes, your continued actions may constitute telecommunication harassment, stalking, intimidation, retaliation, falsification, cyber-stalking, engaging in a pattern of corrupt activity and civil cause of action of libel, slander and invasion of privacy.

Attached hereto are a list of individuals already contacted by you that should not be contacted again upon receipt of this letter.

Thank you,

DAMIAN A. BILLAK
Attorney at Law

DAB/pp
Enclosure



NO CONTACT LIST

Dan Kasaris
Patricia Kasaris
Any person with the last name Kasaris
And any daughter of Daniel Kasaris, their fiancé, husband or boyfriend
Janice Stamp
Charles Logan
Grace Logan
Paul Logan, and his wife and children
John Patrick (except as provided by Order of the Cuyahoga County Domestic Relations Court
    order)
Julie Stancliff and her husband and any of her children
Thomas and Wendy Rydarowicz, personally or their business
Office of the Ohio Attorney General and its employees as to Dan Kasaris
Office of the Auditor of State and its employees
Kelly Connors
Any person related by blood to Kelly Connors or any former Husband
John Connors
Marlene Connors
Alyssa Kasaris and anyone at Mount Union College including, but not limited to, friends,
    roommates and others
Nick Hruben and his family
Susan Kasaris and any family members of Susan Kasaris, including parents, siblings, spouse of
    sibling or children
Any realtor or employee of ReMax
Jon Rydarowicz
Jenna Rydarowicz
Jerrad Rydarowicz
Roberta Rydarowicz
John Michael Rydarowicz, or any person with the last name of Rydarowicz or born with the last
    name of Rydarowicz
Any elected officials and department heads of the City of North Royalton
Any employee of the Mahoning County Prosecutor's Office and Cuyahoga County Prosecutor's
    Office
Any person who has ever signed a petition for Dan Kasaris or donated money to Friends of
    Kasaris

